# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-2092

_____

ANNA M. BELL,

 Appellant,

v.

WILLIAM D. BELL, III,

 Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
David Michael Frank, Judge.

July 29, 2019

PER CURIAM.

 Upon consideration of Appellant's response to the Court's order of June 25, 2019, the Court has determined that because the order on appeal contemplates the need for additional judicial labor, it is not a final order. Further, the order is not appealable pursuant to Florida Rule of Appellate Procedure 9.130(a)(3)(C)(iii)b., because it does not fully determine the rights or obligations of a party regarding child custody or time-sharing. Accordingly, the appeal is dismissed for lack of jurisdiction.

LEWIS, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Daniel Phillips of Phillips Law, PA, Tallahassee, for Appellant.

No appearance for Appellee.